# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**810**

**CA 16-00023**

PRESENT: SMITH, J.P., CARNI, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

---

IN THE MATTER OF THE GUARDIANSHIP OF
ALISSA JOY MCDONALD.

------------------------------------------------ ORDER

DAVID B. LANZONE, PETITIONER-APPELLANT,

CHRISTOPHER S. MCDONALD, PETITIONER-RESPONDENT.

---

BOND, SCHOENECK & KING, PLLC, ROCHESTER (NICOLE M. MARRO OF COUNSEL), AND COHEN & GRIGSBY, P.C., PITTSBURGH, PENNSYLVANIA (CHRISTINA MCKINLEY OF COUNSEL), FOR PETITIONER-APPELLANT.

DAVIDSON FINK LLP, ROCHESTER (ROBERT G. GREENE OF COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Monroe County (John M. Owens, S.), entered October 13, 2015. The order, among other things, denied the petition of David B. Lanzone for property guardianship of Alissa Joy McDonald.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 23, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: September 30, 2016                      Frances E. Cafarell
                                                        Clerk of the Court